DARRYL D. BOYD
790 E. Sacramento
Altadena, CA 91011
(323) 459-7854
**Defendants In Propria Persona**

FILED
SEP 06 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE: DARRYL DWAYNE BOYD )
) CHAPTER 11
) CASE NO. 2-11-bk-44163-SK
SS# XXX-XX-4813 )
)
Debtor )
) OPPOSITION TO HEARING SCHEDULED FOR
) 9-7-2011 MOTION AND REQUEST FOR AN
) ORDER GRANTING EX PARTE RELIEF
) FROM THE AUTOMATIC STAY
)
) DATE: 9-6-2011
)        TIME: 9:00 A.M.
)    CRTRM.:
)

To Plaintiff, DOUBLE Y INVESTMENTS LLC., and to their attorney of record:

**NOTICE IS HEREBY GIVEN** that on Tuesday, September 6, 2011, at 8:30 a.m., or as soon thereafter as the matter may be heard, of the above entitled court. California, Defendants, DARRYL BOYD, will, and do, hereby move the court for an order rescheduling the hearing of the motion and request for an order granting ex parte relief from the automatic stay.

Dated: November 6, 2011

*/s/ Darryl Boyd*
Defendant In Propria Persona

# FLEMING, GREENWALD & ASSOCIATES
## ATTORNEYS AT LAW

MB Plaza
16255 Ventura Boulevard, Suite 420
Encino, California 91436
213-381-1321
818-990-0697
805-643-9159
714-978-7077
Fax 213-380-3637

Fred J. Fleming
Todd Greenwald

NATIONAL FEDERAL SOCIAL SECURITY
SSI REPRESENTATION

ADMITTED TO THE
UNITED STATES COURT
OF APPEALS FOR
VETERANS CLAIMS

August 25, 2011

Urgent, Urgent, Urgent

Darryl Boyd
2245 E Colorado Blvd #104-122
Pasadena, CA 91107

RE:   Social Security Claim

Dear Mr. Boyd:

Please be advised that the Disability Determination Services (DDS), has scheduled a consultive examination (CE) for you. Please see attached the paperwork with the information you need to attend this appointment.

Should you have any question, please contact our office. Thank you for your immediate attention in this matter.

Sincerely,

*Raquel Bootz*
RAQUEL BOOTZ
Secretary to Fred J. Fleming

Practice outside of California limited to Federal Social Security Law and Veterans Law.